UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:18-cr-00191-JPH-MJD |
| GEORGE TRACY, | ) -01 |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Mario Garcia's Report and Recommendation and all findings therein, dkt. [52]. The Court now **ORDERS** that George Tracy's supervised release is therefore **MODIFIED**, dkt. [45], to include Mr. Tracy residing in a residential reentry center for a term of up to 180 days.

**SO ORDERED.**

Date: 10/5/2021

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record

United States Probation Office

United States Marshal